FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 24  PM 2:32

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**TYRONE SCHEXNAYDER**                                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 06-592-CJB-SS**

**MARLIN GUSMAN, ORLEANS**
**PARISH CRIMINAL SHERIFF**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of any party to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as

frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. §§

1915(e)(2)(B) and 1915A(b)(1).

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
X Dktd_____
____ CtRmDep_____
____ Doc. No _____